## John F. Devine, Administrator, Appellee, v. Erie Railroad Company, Appellant.

### Gen. No. 22,829.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DAVID F. MATCHETT, Judge, presiding. Heard · in this court at the October term, 1916. Reversed with finding of fact. Opinion filed May 21, 1917.

### Statement of the Case.

Action by John F. Devine, administrator of the estate of George Hinzenstern, deceased, plaintiff, against the Erie Railroad Company, a corporation, defendant, to recover for the death of plaintiff's intestate. From a judgment of $2,000 entered upon the verdict of a jury, defendant appeals.

W. O. Johnson, Bull & Johnson and George C. Gale, for appellant.

Charles A. Churan and Wiley W. Mills, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

### Abstract of the Decision.

1. DEATH, § 50b*—*when evidence is sufficient to show that contributory negligence of deceased is proximate cause of death.* In an action to recover for death by wrongful act, evidence examined and *held* to show that the negligence of plaintiff's intestate was the primary cause of the accident which caused his death.

2. MASTER AND SERVANT, § 101*—*what is duty of master towards servant of independent contractor in place of danger.* The only duty owed by the employer of an independent contractor to the servant of such contractor who voluntarily puts himself in a place of danger, where his work does not require him to be, is to avoid wantonly or wilfully injuring him.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.